# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-09405-RGK / 2:15-cr-00268-RGK-1 | Date | February 22, 2022 |
| Title | James Gregory O'Neill v. United States of America | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:** (IN CHAMBERS) Order Re: Government's Motion to Dismiss Motion for Relief Pursuant to 28 U.S.C. § 2255 [DE 5]

In light of the Court's order in *United States of America v. James Gregory O'Neill*, Case No. 15-CR-00268, the Court **GRANTS** the Government's motion, dismissing this case.

**IT IS SO ORDERED.**

:
jre/k